# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

ROBERT HEFFERNAN                                                                       PETITIONER

v.                                    NO. 5:12CV00065 SWW

RAY HOBBS, Director of the                                                              RESPONDENT
Arkansas Department of Correction

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for respondent Ray Hobbs. All requested relief is denied, and, in accordance with Rule 11(a) of the Rules Governing Section 2254 Cases In The United States District Courts, a certificate of appealability is denied.

IT IS SO ORDERED this 20TH day of April, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE